**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6197**

LEON JOHNSON,

        Plaintiff - Appellant,

    v.

F. DUTY; J. R. MASSINGILL, sued in their individual capacities,

        Defendants - Appellees,

    and

J. R. ADAMS; JOHN DOE; C. STANLEY; E. SHIRKS; R. WHITE; C. MANIS,

        Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, Chief District Judge.  (7:22-cv-00341-EKD-JCH)

Submitted:  September 19, 2024             Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon Jermaine Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Johnson appeals the district court's order denying relief on her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Johnson v. Duty*, No. 7:22-cv-00341-EKD-JCH (W.D. Va. Feb. 5, 2024). We deny Johnson's pending motions to file an appeal for "someone else" and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
